**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**EASTERN DISTRICT OF TEXAS**

Case number (if known): _____ Chapter __**11**__

☐ Check if this is an amended filing

## Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy                06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **EYM PIZZA OF INDIANA, LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | __8_ _1_ – _2_ _4_ _3_ _3_ _7_ _7_ _7_ |

| | | | |
|---|---|---|---|
| 4. | Debtor's address | **Principal place of business** | **Mailing address, if different from principal place of business** |

**4925 N OCONNOR BLVD**
Number   Street

**STE 200**

Number   Street

P.O. Box

**IRVING**           **TX**   **75062**
City              State   ZIP Code

City              State   ZIP Code

**Dallas**
County

**Location of principal assets, if different from principal place of business**

Number   Street

City              State   ZIP Code

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | |
| 6. | Type of debtor | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor **EYM PIZZA OF INDIANA, LLC** _____ Case number (if known) _____

| | | |
|---|---|---|
| 7. | **Describe debtor's business** | A. *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

____ ____ ____ ____

| | |
|---|---|
| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?** |

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor **EYM PIZZA OF INDIANA, LLC** _____   Case number (if known) _____

| | | | | |
|---|---|---|---|---|
| **9.** | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** | ☑ No | | |
| | | ☐ Yes. District _____ When _____ Case number _____ |
| | | | MM / DD / YYYY | |
| | If more than 2 cases, attach a separate list. | District _____ When _____ Case number _____ |
| | | | MM / DD / YYYY | |
| | | District _____ When _____ Case number _____ |
| | | | MM / DD / YYYY | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes.   Debtor **See attached** _____   Relationship _____

District _____   When _____
MM / DD / YYYY

Case number, if known _____

Debtor _____   Relationship _____

District _____   When _____
MM / DD / YYYY

Case number, if known _____

**11. Why is the case filed in _this district_?**

_Check all that apply:_

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?**   _(Check all that apply.)_

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number     Street

_____

_____
City     State     ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

Debtor

EYM PIZZA OF ILLINOIS, LLC
Relationship: Affiliate
District: ED Texas, Sherman Division
Filed: 7/22/24
Case No. 24-41671


EYM PIZZA OF INDIANA, LLC
Relationship: Affiliate
District: ED Texas, Sherman Division
Filed: 7/22/24
Case No. _____


EYM PIZZA OF GEORGIA, LLC
Relationship: Affiliate
District: ED Texas, Sherman Division
Filed: 7/22/24
Case No. _____


EYM PIZZA OF SC, LLC
Relationship: Affiliate
District: ED Texas, Sherman Division
Filed: 7/22/24
Case No. _____


EYM PIZZA OF WISCONSIN, LLC
Relationship: Affiliate
District: ED Texas, Sherman Division
Filed: 7/22/24
Case No. _____

EYM PIZZA, L.P.
Relationship: Affiliate
District: ED Texas, Sherman Division
Filed: 7/22/24
Case No. 24-41669

Debtor **EYM PIZZA OF INDIANA, LLC** _____     Case number (if known) _____

| | Statistical and adminstrative information |
|---|---|

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| ☒ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☒ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■ I have been authorized to file this petition on behalf of the debtor.

■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **07 / 22 / 2024**
MM / DD / YYYY

X _____

Signature of authorized representative of debtor

**EDUARDO E DIAZ** _____
Printed name

**MANAGER** _____
Title

Debtor  **EYM PIZZA OF INDIANA, LLC**                              Case number (if known) _____

| | | | | |
|---|---|---|---|---|

18.  **Signature of attorney**       **X** **/s/ Howard Marc Spector**                              Date  **07/22/2024**

                                        Signature of attorney for debtor                              MM / DD / YYYY

**Howard Marc Spector**

Printed name

**Spector & Cox, PLLC**

Firm name

**12770 Coit Rd**

Number       Street

**Suite 850**

**Dallas**                              **TX**       **75206**

City                              State       ZIP Code

**(214) 365-5377**                              **hms7@cornell.edu**

Contact phone                              Email address

**00785023**                              **TX**

Bar number                              State

**Fill in this information to identify the case:**

Debtor name **EYM PIZZA OF INDIANA, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Internal Revenue Service Special Procedures Staff Mail Code 5020-DAL 1100 Commerce Street Dallas, Texas 75242 | | Taxes | | | | $398,704.50 |
| 2 | Pizza Hut, LLC 7100 Corporate Drive Plano, Texas 75024 | | Franchisor | | | | $274,164.70 |
| 3 | DoorDash Inc. 202 2nd St. Suite Tower 800 San Francisco, CA 94107 | | A/P | | | | $24,589.90 |
| 4 | Lake County Treasurer 2293 N Main Street Crown Point, IN 46307 | | | | | | $24,478.21 |
| 5 | Four Corners Operating Partnership, LP 591 Redwood Hwy Ste 3215 Mill Valley, CA 94941 | | | | | | $20,066.66 |

| Debtor | **EYM PIZZA OF INDIANA, LLC** | | | Case number (if known) | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6   Nipsco PO Box 13007 Merrillville, IN 46411 | | | | | | $13,513.30 |
| 7   Cobbleston Ovens, INC 1459 Elmhurst RD Elk Grove Village, IL 00007 | | | | | | $7,659.68 |
| 8   Kankakee Valley REMC PO Box 180 Wanatah, IN 46390 | | | | | | $5,566.00 |
| 9   Midwest Refrigeration Corporation 1951 N. Woodlawn Avenue Griffith, IN 46319 | | | | | | $5,145.78 |
| 10  Core Valpo LLC 10 Parkway North Blvd. Ste 120 Deerfield, IL 60015 | | | | | | $5,124.35 |
| 11  Comcast Business P.O. Box 37601 Philadelphia, PA 19101 | | | | | | $5,085.08 |
| 12  M&C Town Center, LLC PO BOX 2456 CHICAGO, IL 60690 | | | | | | $4,951.28 |
| 13  Helget Gas Products PO Box 30197 Omaha, NE 68124 | | | | | | $4,269.65 |

Debtor   **EYM PIZZA OF INDIANA, LLC**
Name

Case number (if known) _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14 Essintial Enterprise Solutions LLC PO BOX 4110 Dept 5500 Woburn, MA 01888 | | | | | | $4,051.23 |
| 15 Waste Management National Services, INC PO Box 740023 Atlanta, GA 30374 | | | | | | $3,734.70 |
| 16 The Construction and Design Group 2212 Lathrop ave North Riverside, IL 60546 | | | | | | $2,717.90 |
| 17 AllPoints Foodservices Parts and Supplie PO BOX 74007307 CHICAGO, IL 60674 | | | | | | $2,415.85 |
| 18 Pulaski Properties LLC 15941 S. Harlem AVe Tinely Park, IL 60477 | | | | | | $2,291.08 |
| 19 George Hanus (National SHOPPING PLAZA) 200 W Madison St. Suite 4200 Chicago, IL 60606 | | | | | | $2,268.67 |
| 20 Winfield Randolph, LLC 831 Washington St Michigan City, IN 46360 | | | | | | $2,240.00 |

**Fill in this information to identify the case and this filing:**

Debtor Name    **EYM PIZZA OF INDIANA, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number
(if known)    _____

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐   *Schedule H: Codebtors* (Official Form 206H)

☐   *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐   Amended Schedule _____

☑   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **07 / 22 / 2024**
MM / DD / YYYY

X _____
Signature of individual signing on behalf of debtor

**EDUARDO E DIAZ**
Printed name

**MANAGER**
Position or relationship to debtor

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

IN RE:   **EYM PIZZA OF INDIANA, LLC**                                CASE NO

                                                                          CHAPTER    **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date ___07/22/2024_____                Signature _____
                                                                     *EDUARDO E. DIAZ*
                                                                     *MANAGER*

Date _____                Signature _____

AllPoints Foodservices Parts and Supplie
PO BOX 74007307
CHICAGO, IL 60674


AT&T
PO BOX 5080
CAROL STREAM, IL 60197


AT&T Global
PO Box 5095
Carol Stream, IL 60197


City of Laporte Utilities
PO BOX 1480
South Bend, In 46624


Cobbleston Ovens, INC
1459 Elmhurst RD
Elk Grove Village, IL 00007


Comcast Business
P.O. Box 37601
Philadelphia, PA 19101


Core Valpo LLC
10 Parkway North Blvd. Ste 120
Deerfield, IL 60015


DoorDash Inc.
202 2nd St.
Suite Tower 800
San Francisco, CA 94107


Ecolab Pest Elimination Div
26252 Network Place
Chicago, IL 60673

Essintial Enterprise Solutions LLC
PO BOX 4110 Dept 5500
Woburn, MA 01888


Four Corners Operating Partnership, LP
591 Redwood Hwy Ste 3215
Mill Valley, CA 94941


George Hanus (National SHOPPING PLAZA)
200 W Madison St. Suite 4200
Chicago, IL 60606


Hammond Water Works Department
6505 Columbia Ave
Hammond, IN 46320


Haynes & Boone, LLP
Attn: Deborah Coldwell
2801 N. Harwood Street
Suite 2300
Dallas, TX 75201

Helget Gas Products
PO Box 30197
Omaha, NE 68124


Homewood Disposal Service
P.O. Box 1275
Tinley Park, IL 60477


Indiana American Water
PO Box 6029
Carol Stream, IL 60197


INSCCU
PO Box 6219
Indianapolis, IN 46206

Internal Revenue Service
Special Procedures Staff
Mail Code 5020-DAL
1100 Commerce Street
Dallas, Texas 75242

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Kankakee Valley REMC
PO Box 180
Wanatah, IN 46390

Lake County Treasurer
2293 N Main Street
Crown Point, IN 46307

M&C Town Center, LLC
PO BOX 2456
CHICAGO, IL 60690

MANUFACTURERS BANK
100 SOUTH STATE COLLEGE BLVD.
BREA, CA 92821

McLane
2085 Midway Rd
Carrolton, TX 75006

Midwest Refrigeration Corporation
1951 N. Woodlawn Avenue
Griffith, IN 46319

Nipsco
PO Box 13007
Merrillville, IN 46411

Pizza Hut, LLC
7100 Corporate Drive
Plano, Texas  75024

Pulaski Properties LLC
15941 S. Harlem AVe
Tinely Park, IL 60477

Round the Clock
#VALUE!, #VALUE!

RSCS Parts Connection
27787 Network Place
Chicago, IL 60673

RSCS Smallwares Connection
PO Box 933469
Cleveland, OH 44193

SLM Waste & Recycling SE
PO BOX 782678
Philadelphia, PA 19178

SMBC Manubank
515 South Figueroa St.
Los Angeles, CA 90071

Snell & Wilmer
Attn: Todd Jones
One East Washington Street
Phoenix, AZ 85004

Solstice Enterprise LLC
16 Mason Street
Hammond, In 46320

The Construction and Design Group
2212 Lathrop ave
North Riverside, IL 60546


Town of Cedar Lake
Utility Billing Department
PO Box 707
Cedar Lake, IN 46303


Town of Schererville
10 East Joliet St.
Schererville, IN 46375


United States Attorney's Office
110 North College Avenue, Suite 700
Tyler, Texas 75702-0204


United States Trustee's Office
110 North College Avenue, Suite 300
Tyler, Texas 75702-7231


US Management of Angola I
2721 Chichester Lane
Fort Wayne, IN 46815


Verifone
PO BOX 854060
Minneapolis, MN 55485


Waste Management National Services, INC
PO Box 740023
Atlanta, GA 30374


Winfield Randolph, LLC
831 Washington St
Michigan City, IN 46360